UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:12-cr-00036

**United States of America,**
*Plaintiff,*
v.
**Valerie Lynn Doyle (3),**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

In this criminal case, defendant's supervised release was revoked, and she was sentenced to a term of imprisonment. Doc. 186. On November 21, 2019, defendant moved the court to remove her federal detainer. Doc. 187. The motion was referred to a magistrate judge. On December 3, 2019, United States Magistrate Judge John D. Love issued a report recommending that the motion be denied (Doc. 190), and defendant has not objected to the report. Because she has not objected, defendant is not entitled to a *de novo* review by the district judge. *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996). Therefore, the court **adopts** the magistrate judge's recommendation and **denies** defendant's motion.

*So ordered by the court on January 14, 2020.*

J. CAMPBELL BARKER
United States District Judge